|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ERIC BORJA,

        Plaintiff,

    v.

AMADOR COUNTY,

        Defendant.

No. 2:22-CV-1480-DJC-DMC-P

ORDER

       Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On July 26, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

       The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis. In addition, the Court has reviewed the Magistrate Judge's June 7, 2023 Order (ECF No. 7) which the Court finds is also supported by the record and the proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 26, 2023, are adopted in full;

2. This action is dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   **September 29, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE